# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

     Plaintiff,

     v.                           Case No.  13-CV-783

JOHN DOE,
Subscriber assigned IP address 75.86.138.0

     Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

Before the Court is Plaintiff's Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference (Docket # 2). The Court having reviewed the entirety of the record to date and the reasonableness of the request finds that Plaintiff established that "good cause" exists for it to serve a third party subpoena on the Internet Service Provider (the "ISP") listed on Exhibit A to the Complaint (Docket # 1-1). *See Sheridan v. Oak Street Mortg., LLC*, 244 F.R.D. 520, 522 (E.D. Wis. 2007).

Accordingly, **IT IS HEREBY ORDERED:**

1.      Plaintiff may serve the ISP with a Rule 45 subpoena commanding the ISP to provide Plaintiff with the true name, address, telephone number, and e-mail address of the Defendant to whom the ISP assigned an address as set forth on Exhibit A to the Complaint. Plaintiff shall attach to any such subpoena a copy of this Order.

2.    Plaintiff may also serve a Rule 45 subpoena in the same manner as above on any service provider that is identified in response to a subpoena as a provider of Internet services to the Defendant.

3.    If the ISP qualifies a cable operator, as defined by 47 U.S.C. § 522(5), it shall send a copy of this Order to the Defendant in compliance with 47 U.S.C. § 551(c)(2)(B).

4.    Plaintiff may only use the information disclosed in response to a Rule 45 subpoena served on the ISP for the purpose of protecting and enforcing Plaintiff's rights as sets forth in its Complaint.

Dated at Milwaukee, Wisconsin this 20th day of August, 2013.

BY THE COURT:


_s/Nancy Joseph_____
NANCY JOSEPH
United States Magistrate Judge

- 2 -